IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALICIA ESSARY § | | |
|     Plaintiff § | | |
| § | | |
| VS. § | CAUSE NO.: 2:22-CV-00104 | |
| § | | |
| WAL-MART STORES TEXAS, LLC § | | |
|     Defendant § | DEMAND TRIAL BY JURY | |

**DEFENDANT WAL-MART STORES TEXAS, LLC'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (DIVERSITY)**

**TO THE HONORABLE JUDGE OF THIS COURT:**

    **NOW COMES WAL-MART STORES TEXAS, LLC,** Defendant in the above styled and numbered cause and removes the above action from the 79th Judicial District Court of Jim Wells County, Texas to the United States District Court for the Southern District of Corpus Christi Division and files this its Notice of Removal pursuant to 28 U.S.C. § 1441 and 1446 and pursuant to the requirements of 28 U.S.C. § 1332.

1. On April , 2022, an action was commenced against Defendant **WAL-MART STORES TEXAS, LLC** in the 97th Judicial District Court of Jim Wells County, styled *Alicia Essary vs. Wal-Mart Stores Texas, LLC;* Cause No. 22-04-61853-CV. *A copy of that suit is attached hereto as Exhibit 1.*

2. **WAL-MART STORES TEXAS, LLC** was served on April 15, 2022, and timely filed an Answer on behalf of Wal-Mart Stores Texas, LLC with the State Court. *A copy of the citation is attached hereto as Exhibit 2. A copy of Defendant's Original Answer is attached hereto as Exhibit 3.* In accordance with Local Rule 81, the following constitutes all of the executed process, pleadings, and orders served upon Plaintiff and Defendant in this action:

1. Plaintiff's Original Petition;

2. Copy of Citation of Defendant Wal-Mart Stores Texas, LLC.;

3. Docket Sheet;

4. Defendant's Original Answer;

5. Defendant's Jury Demand.

6. Defendant's Notice of Removal (State Court)

In addition, Defendant includes a copy of the docket sheet of the state court matter, a *copy of which is attached hereto as Exhibit 4*.

3. Plaintiff has brought negligence, premises liability and Respondeat superior causes of action against Defendant, Wal-Mart Stores Texas, LLC, as result of an incident that occurred on October 13, 2021. Plaintiff alleges that on said date she was a customer of Wal-Mart store No. 2701 located at 2701 E. Main Street in Alice, Texas. Plaintiff contends that while at the store, she fell on liquid on the floor. Plaintiff contends that a dangerous condition existed on the premises; that Defendant knew or should have known of the dangerous condition; that Defendant failed to warn Plaintiff of the dangerous condition; that Defendant failed to inspect, discover and remove the spilled substance from the floor.

4. Plaintiff seeks to recover monetary relief from Defendant over $1,000,000.00. Plaintiff's Original Petition asserts damages for past and future medical care and expenses; past and future physical pain; loss of past wages; loss of past and future earning capacity; past and future mental anguish; past and future physical impairment; past and future physical disfigurement; cost of future medical monitoring and prevention; and exemplary damages. **_Gebbia v. Wal-Mart Stores, Inc._**, 223 F.3d 880, 883 (5th Cir. 2000) (citing **_Luckett v. Delta Airlines, Inc._**, 171 F.3d 295, 298 (5th Cir. 1999)) ("In Luckett, we held that the district

court did not err in finding that the plaintiff's claims exceeded $75,000 because the plaintiff alleged damages for [numerous items]."). As such, **WAL-MART STORES TEXAS LLC**, submits that the amount in controversy is in excess of $75,000.00 and removal is appropriate pursuant to 28 U.S. § 1441.

5. In her Original Petition, Plaintiff pleads that she is a resident of Jim Wells County, Texas, as such, a citizen of the State of Texas. "For individuals, 'citizenship has the same meaning as domicile,' and 'the place of residence is prima facie the domicile.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 313 (5th Cir. 2019) (quoting *Stine v. Moore*, 213 F.2d 446, 448 (5th Cir. 1954)) ("For individuals, 'citizenship has the same meaning as domicile,' and 'the place of residence is prima facie the domicile.'").

6. Defendant Wal-Mart Stores Texas, LLC is now and was at the time of the filing of this action a Delaware Limited Liability Company with its principal place of business in Arkansas. The citizenship of an LLC is the same as the citizenship of all of its members. *Harvey v. Grey Wolf Drilling, Co.*, 542 F.3d 1077, 1080 (5th Cir. 2008). Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas, LLC.

7. Wal-Mart Real Estate Business Trust is a statutory business trust organized under the laws of the State of Delaware with its principal place of business in Arkansas. The citizenship of a statutory trust is the citizenship of its members, which includes its shareholders. *Americold Realty Tr. v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1016 (2016); *Bynane v. Bank of New York Mellon for CWMBS, Inc. Asset-Backed Certificates Series 2006-24*, 866 F.3d 351, 358 (5th Cir. 2017); *U.S. Bank Tr., N.A. v. Dupre*, 615CV0558LEKTWD, 2016 WL 5107123, at *4 (N.D.N.Y. Sept. 20, 2016) (finding that a Delaware statutory trust "seems precisely like the type [of trust] considered by the

Supreme Court in *Americold*"). The sole unit/shareholder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co.

8. A corporation is "'a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business.'" *MidCap Media Fin., L.L.C. v. Pathway Data, Inc.*, 929 F.3d 310, 314 (5th Cir. 2019) (quoting 28 U.S.C. § 1332(c)(1)). Wal-Mart Property Co. is an incorporated entity under the laws of the State of Delaware with its principal place of business in Arkansas. Therefore, Wal-Mart Property Co. is a citizen of Delaware and Arkansas. Accordingly, Wal-Mart Stores Texas, LLC is a citizen of Delaware and Arkansas.

9. This case is a civil action of which this court has diversity jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441 and 1446. This is a civil action in which Plaintiff's state citizenship, in her pleadings, is different from that of the Defendant **WAL-MART STORES TEXAS, LLC.** Thus, there is complete diversity between the true parties in interest. The amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

10. Copy of the Notice of Removal filed in the state court is *attached hereto as Exhibit 7*.

11. Copies of all pleadings, process, orders and other filings in the state court are attached to this notice as required by 28 U.S.C. § 1446.

12. Venue is proper in this district under 28 U.S.C. § 1441 because the state court where the suit has been pending is located in this district.

13. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

14. Defendant demanded a jury in the state court suit.

15. For those reasons, Defendant **WAL-MART STORES TEXAS, LLC** asks the Court to remove the suit to The United States District Court, Southern District of Texas, Corpus Christi Division.

        Respectfully Submitted,

        **THORNTON, BIECHLIN,**
        **REYNOLDS & GUERRA, L.C.**
        418 E. Dove Ave.
        McAllen, Texas 78504
        Tel.: (956) 630-3080
        Fax: (956) 630-0189

**BY:** ___/s/ Rafael Garcia, Jr._____
        **RAFAEL GARCIA, JR.**
        State Bar No.07641300
        ragarcia@thorntonfirm.com
        **ATTORNEY FOR DEFENDANT**
        **WAL-MART STORES TEXAS LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all parties, via e-mail. pursuant to Texas Rules of Civil Procedure, on this the 12th day of May 2022.

**Via Email:  sbechtol-svc@thomasjhenrylaw.com**
Mr. Stephen Bechtol
The Law Offices of Thomas J. Henry
521 Starr Street
Corpus Christi, TX 78401
(361) 985-0600
*Attorneys for Plaintiff*


                                        ___/s/ Rafael Garcia, Jr. _____
                                        **RAFAEL GARCIA, JR.**